# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LOUIS MILTON WILLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-0021 |
| | ) |
| DENISE N. GEORGE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**THIS MATTER** comes before the Court on a Petition for Writ of Habeas Corpus filed by Louis Milton Willis ("Willis")." (ECF No. 5).  For the reasons set forth in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Louis Milton Willis's Petition for Writ of Habeas Corpus is **DENIED**; it is further

**ORDERED** that a certificate of appealability will not be issued; it is further

**ORDERED** that all pending motions are **MOOT**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Date:** May 28, 2020               /s/ *Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **District Judge**